FILED / ENTERED ✓ / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

OCT 1 4 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> MICHAEL SINCLAIR,  <br>  Defendant. | 2:10-CR-0295-ECR (LRL) |

### ORDER OF FORFEITURE

This Court found on July 8, 2010, that MICHAEL SINCLAIR shall pay a criminal forfeiture money judgment of $200,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL SINCLAIR a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title
2  28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).
3  DATED this 14 day of October, 2010.

*Edward C. Reed*

UNITED STATES DISTRICT JUDGE